UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

John Doe (1968-1990)

    Plaintiff(s),

vs

Case No: 22-10134
Hon. Victoria A. Roberts

University of Michigan, et al.,

    Defendant(s).
_____/

## ORDER DISMISSING CASE

Pursuant to the Notices of Voluntary Dismissal filed by Plaintiff [ECF No. 6], this case is **DISMISSED WITHOUT PREJUDICE**.

    **ORDERED**.

    s/ Victoria A. Roberts_____
    Victoria A. Roberts
    United States District Judge

Dated: 6/13/2022